JP:RTP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

VICTOR DANIEL SALGADO,
    also known as
    "Victor Coreas,"

            Defendant.

- - - - - - - - - - - - - - - - - X

**M 11-1273**

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(T. 8, U.S.C.,
§§ 1326(a) and
1326(b)(2))

EASTERN DISTRICT OF NEW YORK, SS:

FABIO ARROYAVE, being duly sworn, deposes and states that he is a Deportation Officer with Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

On or about December 18, 2011, within the Eastern District of New York and elsewhere, the defendant VICTOR DANIEL SALGADO, also known as "Victor Coreas," an alien who had previously been deported from the United States after a conviction for an aggravated felony, was found in the United States without the Secretary of the United States Department of Homeland Security, successor to the Attorney General of the United States, having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Section 1326(b)(2)).

2

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I have been involved in the investigation of numerous cases involving the illegal re-entry of aliens. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. On or about December 18, 2011, the defendant VICTOR DANIEL SALGADO was arrested by the New York City Police Department in Queens, New York under the name "Victor Coreas." SALGADO was arrested for robbery in the first degree, contrary to Section 160.15(2) of the New York State Penal Law.

3. Subsequent to the arrest, ICE officials ran a criminal history and found that the defendant VICTOR DANIEL SALGADO, a citizen of El Salvador, had been previously removed from the United States on November 13, 2006.

4. ICE officials determined that on or about May 6, 1999, the defendant VICTOR DANIEL SALGADO was convicted of attempted assault in the first degree, contrary to Section

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

120.10(1) of the New York State Penal Law, an aggravated felony offense, and criminal possession of a weapon in the second degree, contrary to Section 265.03(1) of the New York State Penal Law, an aggravated felony offense.

5. An ICE official with fingerprint analysis training compared the fingerprints taken in connection with the defendant's arrest underlying his May 6, 1999 conviction; the fingerprints taken in connection with the defendant's November 13, 2006 removal; and the fingerprints taken in connection with the defendant's December 18, 2011 arrest, and determined that all three sets of fingerprints were made by the same individual.

6. A search of ICE records has revealed that there exists no request by the defendant for permission from the Secretary of the Department of Homeland Security, successor to the Attorney General of the United States, to reapply for admission to renter the United States after removal.

4

WHEREFORE, your deponent respectfully requests that the defendant VICTOR DANIEL SALGADO, also known as "Victor Coreas," be dealt with according to law.

FABIO ARROYAVE
Deportation Officer
Immigration and Customs Enforcement

Sworn to before

...... OF NEW YORK